FILED IN CHAMBERS
U.S.D.C. Rome

JAN 20 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| ANDREW JACKSON CHITWOOD, | NO. 4:10-CR-29 |
| Defendant. | |

### O R D E R

After carefully considering the report and recommendation of the magistrate judge, together with the objections thereto. the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 20TH day of January, 2011.

_____
ROBERT L. VINING, JR.
Senior United States District Judge